The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ROBERT KOCHENDORFER, | Case No. C11 – 1162-MAT |
| Plaintiff, | JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE |
| vs. | **Clerk's Action Required** |
| METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY, | NOTE ON MOTION CALENDAR: February 27, 2012 |
| Defendant. | |

COME NOW Defendant Metropolitan Property & Casualty Insurance Company and Plaintiff Robert Kochendorfer jointly move the Court as follows.

### I.   STIPULATION

Plaintiff Kochendorfer and Defendant Metropolitan hereby stipulate and agree as follows:

1. Reports of Expert Witnesses are currently due in this matter on March 6, 2012.

2. The parties have discussed the current expert disclosure deadline, and outstanding discovery, and have agreed to extend disclosure of the expert reports.

3. There are depositions necessary to expert reports, and the parties have been unable to find a mutually agreeable date for the depositions to take place, that will allow enough time for the experts to prepare the necessary reports.

JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE
(W. D. Wash. Cause No. CV11-1162 MAT) – Page 1

1 I 622

THENELL LAW GROUP P.C.
10260 SW Greenburg Rd, Suite 400
Portland, Oregon 97223
Telephone: (503) 892-3936
Facsimile: (503) 892-3942

4. The parties have agreed that the expert report disclosure deadline be moved to April 8, 2012.

5. No other deadlines in this matter will be changed.

DATED this 2nd day of March 2012.

        THENELL LAW GROUP, P.C.

By: _____*/s/ Jillian M. Hinman*_____
Daniel E. Thenell, WSBA No. 37297
Email: dan@thenelllawgroup.com
Jillian M. Hinman, WSBA No. 40665
E-mail: jillian@thenelllawgroup.com
Telephone: (503) 892-3936
Substituting Attorneys for Defendant
Metropolitan Property & Casualty
Insurance Company

COLE WATHEN LEID & HALL

By: _____/s/ Rick J. Wathen *_____
Rick J. Wathen, WSBA No. 25539
E-mail: rwathen@cwlhlaw.com
Telephone: (206) 622-0494
Attorneys for Plaintiff
Robert R. Kochendorfer

* pursuant to email authorization

## II.   ORDER ON JOINT MOTION

Pursuant to the above Stipulation of the parties, the Court approves the Joint Motion and orders as follows:

/ / /

/ / /

/ / /

/ / /

JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE
(W. D. Wash. Cause No. CV11-1162 MAT) – Page 2

1 I 622

THENELL LAW GROUP P.C.
10260 SW Greenburg Rd, Suite 400
Portland, Oregon 97223
Telephone: (503) 892-3936
Facsimile: (503) 892-3942

1. The Expert Report deadline shall be April 8, 2012, in this matter.

SO ORDERED this <u>5th</u> day of March, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

THENELL LAW GROUP, P.C.

By: _____/s/ Jillian M. Hinman_____
Daniel E. Thenell, WSBA No. 37297
Email: dan@thenelllawgroup.com
Jillian M. Hinman, WSBA No. 40665
E-mail: jillian@thenelllawgroup.com
Telephone: (503) 892-3936
Substituting Attorneys for Defendant
Metropolitan Property & Casualty Insurance Company

COLE WATHEN LEID & HALL

By: _____/s/ Rick J. Wathen *_____
Rick J. Wathen, WSBA No. 25539
E-mail: rwathen@cwlhlaw.com
Telephone: (206) 622-0494
Attorneys for Plaintiff Robert R. Kochendorfer

* pursuant to telephone authorization

JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE
(W. D. Wash. Cause No. CV11-1162 MAT) – Page 3

1 I 622

THENELL LAW GROUP P.C.
10260 SW Greenburg Rd, Suite 400
Portland, Oregon 97223
Telephone: (503) 892-3936
Facsimile: (503) 892-3942