01
02
03
04
05
06

07            UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
08                      AT SEATTLE

09 ROBERT KOCHENDORFER,            )
                                   ) CASE NO. C11-1162-MAT
10         Plaintiff,              )
                                   )
11         v.                      ) ORDER DENYING MOTION FOR
                                   ) RECONSIDERATION
12 METROPOLITAN PROPERTY &         )
   CASUALTY INSURANCE COMPANY,     )
13                                 )
           Defendant.              )
14 _____ )

15     Defendant filed a motion (Dkt. 51) seeking reconsideration of the Court's Order

16 granting plaintiff's motion for partial summary judgment (Dkt. 43). Having considered that

17 motion, the Court finds and rules as follows:

18     (1)   Pursuant to Local Civil Rule 7:

19     Motions for reconsideration are disfavored. The court will ordinarily deny such
       motions in the absence of a showing of manifest error in the prior ruling or a
20     showing of new facts or legal authority which could not have been brought to its
       attention earlier with reasonable diligence.

21

22 CR 7(h)(1). Here, defendant largely reiterates arguments it raised in response to plaintiff's

ORDER DENYING MOTION FOR RECONSIDERATION
PAGE -1

01 motion. Defendant also ignores significant aspects of the Court's Order and belatedly sets

02 forth responsive arguments that could have been brought previously. The Court finds no

03 showing of either manifest error or new facts or legal authority which could not have been

04 brought to the Court's attention earlier with reasonable diligence. Because the Court finds no

05 basis for reconsideration, defendant's motion (Dkt. 51) is DENIED.

06     (2)    The Clerk is directed to send a copy of this Order to the parties.

07 DATED this <u>30th</u> day of April, 2012.

08

09                                            Mary Alice Theiler

10                                            United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING MOTION FOR RECONSIDERATION
PAGE -2