UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT KOCHENDORFER,              )
                                   )   CASE NO. C11-1162-MAT
       Plaintiff,                  )
                                   )
       v.                          )   ORDER DENYING MOTION FOR
                                   )   RECONSIDERATION
METROPOLITAN PROPERTY &            )
CASUALTY INSURANCE COMPANY,        )
                                   )
       Defendant.                  )
_____    )

Defendant filed a motion (Dkt. 51) seeking reconsideration of the Court's Order granting plaintiff's motion for partial summary judgment (Dkt. 43). Having considered that motion, the Court finds and rules as follows:

(1) Pursuant to Local Civil Rule 7:

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

CR 7(h)(1). Here, defendant largely reiterates arguments it raised in response to plaintiff's

motion. Defendant also ignores significant aspects of the Court's Order and belatedly sets forth responsive arguments that could have been brought previously. The Court finds no showing of either manifest error or new facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence. Because the Court finds no basis for reconsideration, defendant's motion (Dkt. 51) is DENIED.

(2) The Clerk is directed to send a copy of this Order to the parties.

DATED this 30th day of April, 2012.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge