UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KOCHENDORFER, | ) |
| | ) CASE NO. C11-1162-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER RE: MOTION FOR |
| METROPOLITAN PROPERTY & | ) TRIAL RESET |
| CASUALTY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Defendant Metropolitan Property & Casualty Insurance Company filed a Motion for Trial Reset, requesting that the eight-day trial currently scheduled to begin on September 4, 2012 be reset to begin on September 17, 2012.  (Dkt. 44.)  Having considered the motion and plaintiff's response, the Court finds and concludes as follows:

(1) The Court finds defendant's request for an extension of the trial date reasonable and finds no basis for plaintiff's objection.  Accordingly, defendant's motion for trial reset (Dkt. 44) is GRANTED and the trial rescheduled to begin on September 17, 2012.

(2) While finding the requested extension reasonable, the Court does question the estimated number of days necessary for trial, particularly given the now narrowed scope of this

ORDER RE: TRIAL RESET
PAGE -1

01 matter. As such, the Court directs the parties to confer and submit a revised estimate of the

02 number of days necessary for trial within **ten (10) days** of the date of this Order.

03     (3)    The Clerk is directed to send a copy of this Order to the parties.

04 DATED this <u>2nd</u> day of May, 2012.

05

06                                             Mary Alice Theiler

07                                             United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER RE: TRIAL RESET
PAGE -2